ORRY P. KORB, County Counsel (S.B. #114399)
STEPHEN H. SCHMID, Deputy County Counsel (S.B. #078055)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA (erroneously sued as
Santa Clara County Department of Social Services),
GAIL SIMMONS and GUADALUPE ACEZES

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| ABHIJIT PRASAD,<br><br>        Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF SOCIAL SERVICES, GAIL SIMMONS, GUADALUPE ACEZES, and DOES 1-20,<br><br>        Defendants. | No. 15-CV-4933RMW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, FOR STAY OF PROCEEDINGS**<br><br>Date:    February 19, 2016<br>Time:   9:00 a.m.<br>Crtrm.:  6, 4th Floor<br>Judge:  District Judge Ronald M. Whyte |

Defendants respectfully request the Court to take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following:

Exhibit A:   March 26, 2008 All County Information Notice No. 1-22-08 issued by the California Department of Social Services.

Exhibit B:   California Department of Social Services information webpage entitled "Child Welfare Services/Case Management System (CWS/CMS).

Exhibit C:   Appellant's Motion Requesting Judicial Notice (U.S. Court of Appeals-Ninth Cir., Docket No. 15-15256), page 17 of 32.

Exhibit D:   First Amended Complaint for Injunctive Relief and Damages filed in U.S.D.C. N.D. Case No. CV 14-00179 BLF.

Exhibit E:   State of California Child Abuse or Severe Neglect Indexing Form (BCIA 8585).

Exhibit F:  July 21, 2015 letter from Santa Clara County Lead Deputy County Counsel Julie F. McKeller to Diane B. Weissburg.

Dated: December 21, 2015

Respectfully submitted,

ORRY P. KORB
Deputy County Counsel

By: _____/S/_____
STEPHEN H. SCHMID
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA (erroneously sued as Santa Clara County Department of Social Services), GAIL SIMMONS and GUADALUPE ACEZES

1233965

2