DIANE B. WEISSBURG, Esq. (SBN 237136)
**WEISSBURG LAW FIRM**
12240 Venice Blvd., Suite 22
Los Angeles, CA 90066
Tel: 310/390-0807; Fax: 310/390-0560
E-mail: dbw_law@msn.com

Attorney for Plaintiff, ABHIJIT PRASAD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHIJIT PRASAD, | CASE NO.:  5:15-cv-04933-RMW |
| Plaintiff, | |
| v. | Hon. Ronald M. Whyte Courtroom 6,  4th Floor |
| SANTA CLARA COUNTY DEPARTMENT OF SOCIAL SERVICES, GAIL SIMMONS, GUADALUPE ACEZES, and DOES 1-20, | PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Evidence and *Roemer v. Board of Public Works of Maryland* 426 U.S 736 at 743 (1976), Plaintiff ABHIJIT PRASAD requests that the court take judicial notice of the following documents in support of his opposition to Defendants' Motion to Dismiss:

1.  Notice of Electronic Filing dated December 21, 2015. [RJN, Exhibit 1];

2.  Hon. Otis D. Wright, II order dated July 31, 2013 in *Castillo v. County of Los Angeles,* Case No. 2:12-cv-02760 ODW (JEMx) denying Defendants' Motion for Summary Judgment, on the same issues as this action. [RJN, Exhibit 2];

1

3.  *Castillo v. County of Los Angeles*, consolidated settlement Order dated September 6, 2013. [RJN, Exhibit 3];

4. Hon. Beth Labson Freeman Order dated February 4, 2015 in *Prasad v. Santa Clara Department of Social Services*, Case No. 14-CV-00179-BLF Granting Motion To Dismiss With Prejudice, [RJN, Exhibit 4];

5. Department Social Services All County Letter dated April 24, 2012, regarding AB 717 which eliminated the reporting of inconclusive allegations to the Department of Justice ("DOJ") for listing on the Child Abuse Central Index ("CACI").  Also stating, "Please note: all allegations must continue to be entered in the Child Welfare Services/Case Management System". [RJN, Exhibit 5].

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's request.

Dated: December 28, 2015                    *DIANE B. WEISSBURG*

_____

DIANE B. WEISSBURG
Attorney for Plaintiff,

2