UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ABHIJIT PRASAD,

    Plaintiff,

    v.

GAIL SIMMONS, et al.,

    Defendants.

Case No. 15-cv-04933-BLF

**ORDER STRIKING CASE MANAGEMENT STATEMENT**

[Re: ECF 53]

On October 13, 2016, the parties filed a joint case management conference statement spanning 20 pages. ECF 53. The Standing Order for all Judges of the Northern District of California regarding Contents of a Joint Case Management Statement indicates that the case management statement "except in unusually complex cases, should not exceed ten pages." Given that this case is not of the type considered "unusually complex," the Court STRIKES the joint case management conference statement. The parties are ordered to meet and confer and file a revised joint statement on or before October 20, 2016.

**IT IS SO ORDERED.**

Dated: October 14, 2016

_____
BETH LABSON FREEMAN
United States District Judge