UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHIJIT PRASAD,<br><br>                Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF SOCIAL SERVICES, GAIL SIMMONS, GUADALUPE ACEZES, and DOES 1-20,<br><br>                Defendants. | CASE NO.: 5:15-cv-04933-BLF<br><br>Honorable Beth Labson Freeman, Courtroom 3<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS |

FOR GOOD CAUSE Plaintiffs' Motion To Remove Incorrectly Filed Documents is GRANTED.

The following e-filed documents will be removed from PACER:

1)    Docket number 107-4 - Exhibit 2 to the Declaration of Abhijit Prasad

2)    Docket number 107-4 - Exhibit 3 to the Declaration of Abhijit Prasad

IT IS SO ORDERED.

Plaintiff must re-file Exhibit 1 to the Declaration of Abhijit Prasad on or before January 17, 2019.

_____

DATED: January 10, 2019        HON. BETH LABSON FREEMAN
U.S. DISTRICT COURT JUDGE