UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABHIJIT PRASAD,<br><br>    Plaintiff,<br><br>v.<br><br>GAIL SIMMONS, et al.,<br><br>    Defendants. | Case No.15-cv-04933-BLF (VKD)<br><br>**ORDER RE DECEMBER 11, 2018 AND DECEMBER 28, 2018 JOINT DISCOVERY LETTERS**<br><br>Re: Dkt. Nos. 82, 97 |

On January 11, 2019, the parties submitted a further letter providing the Court an update concerning plaintiff Abhijit Prasad's deposition. Dkt. No. 113. Based on that submission, it appears that the parties have resolved the disputes described in their December 11, 2018 and December 18, 2018 joint discovery letters. Dkt. Nos. 82, 97. The Court therefore denies the relief sought in those letters as moot.

Mr. Prasad indicates in the January 11, 2019 letter that he may seek further relief in the event the Santa Rita jail fails to provide him with the agreed-upon clothing for his deposition. Dkt. No. 113 at 2. Any such request for further relief should be made by separate motion.

**IT IS SO ORDERED.**

Dated: January 14, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge