1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   STEPHEN H. SCHMID, Deputy County Counsel (S.B. #078055)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA (Erroneously sued
6  as Santa Clara County Department of Social
   Services), GALE SIMMONS (Erroneously sued as
7  Gail Simmons), and GUADALUPE ACEVES
   (Erroneously sued as Guadalupe Acezes)
8

9                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      (San José Division)

11

| | |
|---|---|
| 12  ABHIJIT PRASAD, | No. 15-CV-4933 BLF |
| 13           Plaintiff, | **DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL UNREDACTED EXHIBIT "O" TO DECLARATION OF HARRISOIN TAYLOR IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND EXHIBIT "P" TO DECLARATION OF JULIE MCKELLAR IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; AND FOR PERMISSION TO FILE REDACTED VERSIONS OF BOTH EXHIBITS** |
| 14  v. | |
| 15  SANTA CLARA COUNTY DEPARTMENT OF SOCIAL SERVICES, GAIL SIMMONS, | |
| 16  GUADALUPE ACEZES, and DOES 1-20, | |
| 17           Defendants. | |
| 18 | |

19

20         Pursuant to Local Rules 7-11(a) and 79-5(b), Defendants respectfully request that the Court

21 order the Clerk of the Court to file under seal unredacted Exhibit O to the Declaration of Harrison

22 Taylor in Support of Defendants' Motion for Summary Judgment (Taylor Dec.) and Exhibit P to the

23 Declaration of Julie McKellar in Support of Defendants' Motion for Summary Judgment (McKellar

24 Dec.).  This request is supported by the accompanying Declaration of Steve Schmid (Schmid Dec.).

25 Pursuant to Local Rule 79-5, a proposed order accompanies this request.

26         A party must meet a "compelling reasons" standard to obtain a court order sealing documents

27 attached to a summary judgment or other dispositive motion.  *Kamakana v. City and County of*

28 *Honolulu,* 447 F.3d 1172, 1179 (9th Cir. 2006).  Compelling reasons exist when records may

                                                    1

"become a vehicle for improper purposes." *Id.*

Here, Defendants believe the "compelling reasons" is satisfied. Exhibits O and P consist of true and correct copies of letters relevant to the case, which include references to the names of minor children. Thus, Defendants seek permission to seal the unredacted versions of Exhibits O and P and to file redacted versions – which block out references to the names of minor children.

At least one court has determined that victim information pertaining to minor children meets the "compelling reasons" requirement for sealing. *Grimes v. Ayerdis,* No. 16-CV-06870-WHO, 2018 WL 3730314, at *8, fn. 2 (N.D. Cal. Aug. 6, 2018). Accordingly, Defendants respectfully request that the Court grant their motion to file the following documents under seal.

Dated: February 1, 2019

Respectfully submitted,

JAMES R. WILLIAMS
COUNTY COUNSEL

By: _____/S/_____
STEPHEN H. SCHMID
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA (Erroneously sued as Santa Clara County Department of Social Services), GALE SIMMONS (Erroneously sued as Gail Simmons), and GUADALUPE ACEVES (Erroneously sued as Guadalupe Acezes)

1933819

2

Defs' Admin. Mtn. to Seal Exhibits ISO Defs' MSJ;
and For Permission to File Redacted Versions of Both Exhibits

15-CV-4933 BLF